UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,   Case No. 19-cr-20481

        Plaintiff,   Hon. Matthew F. Leitman
v.   United States District Judge

TAHIR ALI SYED,

        Defendant.
_____/

### ORDER GRANTING MOTION TO EXTEND DEFENDANT'S PERIOD OF HOSPITALIZATION (ECF No. 45)

On February 10, 2020, this Court ordered, pursuant Title 18, United States Code, Section 4242(a) and 4247(b) & (c), that the Attorney General hospitalize defendant for examination to determine defendant's mental capacity at the time of the offense. (*See* Order, ECF No. 43.) The order provided that hospitalization shall not exceed forty-five days without further order of the Court. (*See id.*)

Defendant arrived at the Metropolitan Correctional Center in Chicago, Illinois on February 25, 2020. The forty-five day hospitalization period ends on April 10, 2020. By letter dated February 28, 2020 the Correctional Center Warden requested an additional 30 days to complete the evaluation.

Title 18, United States Code, Section 4247(b) allows for an extension up to thirty days upon a showing of good cause by the director of the facility that additional time is necessary to observe and evaluate the defendant. The Court concludes that the Warden's letter provides good cause that additional time is necessary to complete

the testing necessary to develop a history, diagnosis and opinion regarding Defendant's mental capacity.

Accordingly, **IT IS ORDERED** that pursuant to Title 18, United States Code, Section 4241(d)(2), Defendant's custodial hospitalization for treatment of his mental health condition shall be extended until May 11, 2020. The United States Marshal's Service shall promptly and expeditiously transfer Defendant back to the Eastern District of Michigan within 10 days of receipt of notice that the examination is complete but no later than May 21, 2020.

The Status Conference currently scheduled for May 14, 2020 is adjourned until further order of the Court.

**IT IS FURTHER ORDERED** that the time period beginning from the filing date of this order up to and including the date of the status conference, is excluded under the Speedy Trial Act pursuant to the terms of 18 U.S.C. § § 3161(h)(1)(A).

s/Matthew F. Leitman<br>
MATTHEW F. LEITMAN<br>
UNITED STATES DISTRICT JUDGE

Dated: March 16, 2020

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 16, 2020, by electronic means and/or ordinary mail.

s/Holly A. Monda<br>
Case Manager<br>
(810) 341-9764